THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE MOUZON, Appellant.

Mangano, P. J., Bracken, Eiber, Balletta and O'Brien, JJ., concur.